ROSA E. GERSTLEY, RESPONDENT, v. DAVID H. BEST ET AL., APPELLANTS.

Submitted February 13, 1931—Decided October 19, 1931.

For the respondent, *Cassman & Gottlieb.*

For the appellants, *Babcock & Champion.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the *per curiam* opinion in the Supreme Court.

*For affirmance*—TRENCHARD, PARKER, LLOYD, CASE, BODINE, DALY, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 12.

*For reversal*—None.